IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NAKIA McCOURRY, et al., | * |
| Plaintiffs, | * |
| v. | * Case No. 1:12-cv-01839 |
| TOWN OF ELKTON, et al., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \*

**JOINT MOTION FOR COURT ORDER REQURING**
**PLAINTIFF NAKIA McCOURRY TO BE PRODUCED FOR TRIAL**

Nakia McCourry, Kenny Bedwell, Dennis Bedwell, and Gladys Medina, Plaintiffs, and Officers Jason Hoffman and Sean Murphy, Defendants, by their respective undersigned counsel, respectfully request an order requiring the Baltimore County Department of Corrections to produce Nakia McCourry for trial in the above referenced matter and in support of said motion state as follows:

1. This case arises from an incident on October 15, 2011 at 172 Hollingsworth Manor, Elkton, Maryland, in which a dog owned by Nakia McCourry, and Kenny Bedwell was shot and killed by Officers Jason Hoffman and Sean Murphy from the Elkton Police Department.

2. The Complaint includes allegations that Nakia McCourry was an owner of the dog in question at the time it was shot and there are viable causes of action that require the testimony of Nakia McCourry.

3. This matter is scheduled for a three day jury trial beginning on February 29, 2016.

4. As a party to the case, Nakia McCourry's testimony is vital to the resolution of this case.

5. Nakia McCourry is presently in the custody of the Baltimore County Department of Corrections and is housed at the Department of Corrections, 720 Bosley Avenue, Towson, Maryland 21204. She will still be in the custody of the Baltimore County Department of Corrections at the time of trial.

6. The Baltimore County Department of Corrections will not produce Nakia McCourry for trial without a court order.

7. Wherefore, the parties jointly request that the Court issue an order requiring that Nakia McCourry be produced by the Baltimore County Department of Corrections for trial on Monday, February 29, 2016, and that they continue to produce her, every day, until the conclusion of trial on or about March 2, 2016.

_____/s/_____
Charles Henry Edwards , IV
Law Office of Barry R Glazer PC
1010 Light St
Baltimore, MD 21230
Office (410) 547-8568
Facsimile (410) 547-0036
charles.edwards@robinhoodlawyers.com
Counsel for Plaintiffs

_____/s/_____
Matthew D. Peter
Federal Bar No. 26351
7225 Parkway Drive
Hanover, Maryland 21076
Office (443) 561-1700
Facsimile (443) 561-1701
mpeter@lgit.org
Counsel for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 5th day of February, 2016, a copy of the foregoing motion was filed electronically with service upon: Matthew D. Peter, 7225 Parkway Drive, Hanover, Maryland 21076.

_____/s/_____
Charles H. Edwards IV