In the

# United States District Court for the District of Maryland

Case No.: 1:12-cv-01839

**Nakia McCourry, *et al.***

*Plaintiffs*

vs.

**Town of Elkton, Maryland, *et al.***

*Defendants*

Plaintiffs' Voir Dire Questions

*Charles H. Edwards IV*
1010 Light Street
Baltimore, Maryland 21230
P: (410) 547-8568
F: (410) 547-0036
*charles.edwards@robinhoodlawyers.com*
*Attorney for Plaintiffs*

INTENTIONALLY BLANK

**MAY IT PLEASE THE COURT:**

The plaintiffs, Nakia McCourry, Dennis Bedwell, Kenny Bedwell, and Gladys Medina, by an through their attorneys, Charles H. Edwards IV and the Law Office of Barry R. Glazer, P.C., file the plaintiffs' Voir Dire Questions, and herein move this Honorable Court to accept the following Voir Dire Questions, which are particular to this case.

### *Plaintiffs' Voir Dire Questions*

1. Have you or any member of your family or friends ever worked for the Law Office of Barry R. Glazer, P.C. or Local Government Insurance Trust?

2. Do any of you know or have any of you heard of (the plaintiffs) Nakia McCourry, Dennis Bedwell, Kenny Bedwell, and Gladys Medina or (their attorneys) Charles H. Edwards IV and the Law Office of Barry R. Glazer, P.C. or (the defendants) Jason Hoffman and Sean Murphy or (their attorneys)?

**I.    GENERAL**

1. As a preliminary matter, if you are selected as a juror in this case, do you know of any reason why you could not sit as an impartial juror? If yes, please explain.

2. Do you have any prior experience on a jury? If yes, please explain.

3. Do you have a friend or close relative that has been involved as a plaintiff or defendant in a lawsuit for money damages? If yes, please explain.

4. Have you testified before a state or federal grand jury or in a court of law or been a witness in a lawsuit? If yes, please explain.

5. Have you ever studied law or criminal justice? If so, please explain.

6. If the case before you indicates that damage should be awarded, will you be willing to award a sum of money for the full amount of the damages proved, regardless of how high it is?

7. Do you feel that a person should not have a right to bring a lawsuit requesting damages if he or she is injured due to the fault of another party? If so, please explain.

8. Do you feel that people generally bring too many lawsuits? If so, please explain.

    a. Would such a feeling prevent you from awarding full, fair, and adequate damages to the plaintiffs, Nakia McCourry, Dennis Bedwell, Kenny Bedwell, and Gladys Medina, in this case, if the evidence supports the awarding of such damages? If yes, please explain.

**II.    LIABILITY**

1. There are two aspects to this case. First, you will determine whether the conduct of the defendants makes them liable to the plaintiffs, Nakia McCourry, Dennis Bedwell, Kenny Bedwell, and Gladys Medina, for the injuries they suffered. Only if you find a defendant liable do you then move on to determine damages. Would you, if the evidence supported a finding that one or more defendants is liable

to the plaintiffs, Nakia McCourry, Dennis Bedwell, Kenny Bedwell, and Gladys Medina, have any hesitancy in awarding full, fair and adequate damages based upon the evidence, to Nakia McCourry, Dennis Bedwell, Kenny Bedwell, and Gladys Medina, to compensate them for the injuries they sustained? If yes, please explain.

2. Have you or anyone you know ever been arrested? If yes, please describe the circumstances and whether you believe that you or the person you know were innocent. Would that experience affect your ability to sit as an impartial juror in this case? If yes, please explain.

3. Do you have any special feelings about police officers in general? If so, do you have any special feelings about the Elkton Police Department? If yes, please explain.

4. Have you ever had any interactions with police officers? If yes, please explain how, and the nature and extent of your involvement.

5. In this case, the plaintiffs, Nakia McCourry, Dennis Bedwell, Kenny Bedwell, and Gladys Medina, allege that the defendants fired upon Nakia McCourry and Kenny Bedwell's dog and that one of the bullets could have hit Dennis Bedwell and Gladys Medina, and that the plaintiffs have suffered injuries as a result of unlawful actions alleged to have been taken on the part of the defendant police officers insofar as they destroyed the dog belonging to Nakia McCourry and Kenny Bedwell, fired upon the family dog while it was in Dennis Bedwell's arms, and could have hit Dennis Bedwell or Gladys Medina with the bullets .

       a. Do you feel, in such a circumstance, that a police officer should be held accountable for for their actions? If no, please explain.

### III. IDEAS ABOUT POLICE AND LAW ENFORCEMENT

1. Have you or anyone close to you ever been employed in any capacity by a law enforcement agency or for the military? If yes...

       a. Was it you or someone else?

       b. If it was someone else, what is their relationship to you?

       c. What position did/does you/she/he hold?

       d. For how long?

       e. Have any complaints for any misconduct or unreasonable force been filed against you/she/he? If yes, please explain.

       f. This is a case that concerns law enforcement against civil rights of individuals. Would your knowledge of police work that you obtained from the person who you described that is involved in law enforcement make it difficult for you to view the plaintiffs' concerns, in this case, that their civil rights were violated, objectively? If yes, please explain.

2. If no, have you or anyone else close to you ever contemplated applying for a job in law enforcement or for the military or have you or anyone close to you ever applied for a job in law enforcement or the military? If yes, please explain.

3. Have you ever had occasion to discuss police work? If yes…

    a. What did you discuss?

    b. What are your impressions about the dangers and duties of police work?

    c. What concerns, if any, do you have about police officers or their involvement with the public?

4. What contact have you had with police officers or other law enforcement officers through your work? In your neighborhood? In your social life? In any other aspects of your life?

    a. Was such contact generally favorable or unfavorable? Please explain.

    b. Is your general impression of police officers neutral, favorable, or unfavorable based on your encounters with them? Please explain.

5. You will be instructed by the court that all witnesses should be judged, based entirely on the credibility of their testimony which they offer and their demeanor on the witness stand.

    a. Do you feel that you could not comply with this instruction, in this particular case, and would favor one side or the other? If yes, please explain.

6. In general, do you think that you would be inclined to give greater weight to the testimony of a police officer than you would to the testimony of an ordinary citizen, just by virtue of the fact that he or she is a police officer? If yes, please explain.

7. By the same token, do you think that you would be inclined to give less weight to the testimony of a police officer, when compared to the testimony of an ordinary citizen, just by virtue of the fact that he or she is a police officer? If yes, please explain.

8. Some people feel that police testimony should be given greater weight than the testimony of an ordinary citizen, since police officers are charged with upholding the law. Do you feel that way? If yes, please explain.

9. Have you heard or read about incidents of police misconduct or use of unreasonable force? If yes, please explain.

    a. This case involves allegations of police misconduct and use of unreasonable force. Do you think that what you have heard or read will tend to influence you? If yes, please explain.

10. What are your opinions about how the problem of police misconduct and excessive force should be handled?

11. Do you have an opinion of which is more important, law and order, or preserving people's constitutional rights? If yes, please explain.

12. Have you ever expressed any opinions in conversations with others concerning the problems of police misconduct or brutality? If so, what opinions have you expressed?

13. Do you have any concerns that you would be targeted by the defendant police officers in this case or others like them if you were to return a verdict in the plaintiff's favor? If yes, please explain.

## IV. BURDEN OF PROOF

1. Would you be unable to follow the Judge's instructions in this case that the plaintiffs, Nakia McCourry, Dennis Bedwell, Kenny Bedwell, and Gladys Medina, have the burden to prove their case by what is called "a fair preponderance of the evidence," which means that they must demonstrate that the facts they present are likely to be true? In other words, if you assume that the scales are balances, and the evidence presented by the plaintiffs tips the scales ever so slightly in their favor, you must decide for them on that particular issue. If yes, please explain.

2. In following the Judge's instructions regarding preponderance of the evidence, which is a lesser standard of proof, than the criminal standard of beyond a reasonable doubt, since in a criminal case, the scales must be tipped to such an extent that any reasonable doubt as to the guilt of the defendant is eliminated what in a civil case, the plaintiffs need only tip the scales slightly in their favor. Are you unable to make this distinction? If yes, please explain.

## V. RIGHTS

1. Are you unwilling to enforce the civil rights of the plaintiffs, Nakia McCourry, Dennis Bedwell, Kenny Bedwell, and Gladys Medina, as they and you are entitled to as citizens of this country? If yes, please explain.

2. This is a lawsuit brought by private citizens against members of the Elkton Police Department. Do you disagree that citizens who believe they have been treated illegally or unfairly have a right to bring a lawsuit against police officers? If yes, please explain.

3. Are you uncomfortable with trying to decide, after the fact, whether a police officer used excessive force against a dog or ordinary citizens? If yes, please explain.

4. Do you have any problem with the idea of an ordinary citizen suing a police officer because of the actions the police officer took in the line of duty? If yes, please explain.

5. Some people think that even though the police use more force than is necessary sometimes, that that is the price we have to pay for police protection? Do you agree with them? If yes, please explain.

6. This case involves claims by the plaintiffs, Nakia McCourry, Dennis Bedwell, Kenny Bedwell, and Gladys Medina, that the defendant police officers violated their rights to be free from the use of excessive force and the unlawful seizure and forfeiture of property as guaranteed by the United States Constitution and the Maryland Declaration of Rights, when they unlawfully fired upon plaintiffs Nakia McCourry and Kenny Bedwell's dog and then again upon the dog when it was in plaintiff Dennis Bedwell's arms and plaintiff Gladys Medina was in the line of fire. The defendant police officers claim that the dog was posing a threat and that there was not anyone in the line of fire.

   a. Is there anything about these alleged facts and, in particular, the charges that the officers used excessive force and unlawfully killed the dog, which would prevent or make it difficult for you to be a fair and impartial juror? If yes, please explain.

b. Would you have any hesitancy in reaching a verdict for the plaintiffs, Nakia McCourry, Dennis Bedwell, Kenny Bedwell, and Gladys Medina, merely because this is a civil rights case against police officers? If yes, please explain.

## VI. THE PLAINTIFFS' BACKGROUNDS AND THEIR DOG

Very few people like to admit that they have preconceptions or prejudices about other people. But these stereotypes and feelings affect how you view the testimony and facts that you think are realistic. All we can ask is that you look to those possible prejudices and tell us what they may be. The plaintiffs, Nakia McCourry, Dennis Bedwell, Kenny Bedwell, and Gladys Medina, are from a financially distressed area in Elkton, Maryland known as Hollingsworth Manor. The plaintiffs likely talk differently than you may be accustomed to hearing. The plaintiffs likely have not had as many opportunities in life as you may have been accustomed to experiencing. The plaintiffs' appearance may not be something that you are used to either. The plaintiffs' description of the way of life in Hollingsworth Manor, including their description of the Elkton Police Department's involvement in their daily lives, may sound like nothing you have ever experienced before. As a result, you may have trouble identifying with the plaintiffs.

1. Have you had extensive contacts with people living in high levels of economic depression? If yes, please explain.

2. Do you have any close friends who live in any financially distressed neighborhoods? If so, please explain.

   a. Do you visit each other's home? If yes, please explain.

3. Have you had any negative experiences with people that you have trouble identifying with? If yes, please explain.

4. Have you heard negative or derogatory comments about people living in economically distressed neighborhoods? If yes, please explain.

5. Are you unable to put aside any opinions or preconceptions that you may have from your experiences with other people to give the plaintiffs, Nakia McCourry, Dennis Bedwell, Kenny Bedwell, and Gladys Medina, a fair trial? If yes, please explain.

6. Do you feel that discrimination based on economic status or level of education is a problem in our society today? If yes, please explain.

7. Have you or someone you know ever been discriminated against because of your economic status, career choice, or level of education? If yes, please explain.

8. Have you ever felt afraid of someone of a status other than your own? If yes, please explain.

9. Would you, based upon past experiences or otherwise, tend to have any difficulty being fair to the plaintiffs, Nakia McCourry, Dennis Bedwell, Kenny Bedwell, and Gladys Medina, due to their background? If yes, please explain.

10. Are there any dogs that you have had experience with that you believe were a danger? If yes, please explain.

11. Are there any specific breeds or character traits in dogs that you believe are more or less likely to be a danger? If yes, please explain.

## VII. DAMAGES

### A. COMPENSATORY DAMAGES

1. Compensatory damages consist of, consistent with the evidence, monies for medical bills, lost wages, pain and suffering, and loss of enjoyment of life's activities and loss of dignity, which, if permanent, may be awarded over the plaintiffs' entire expected life spans.

  a. Do you have any problem awarding full, fair, and adequate damages covering all of these issues just listed if the evidence supports such an award? If yes, please explain.

  b. Do you have any problem with awarding damages, if supported by the evidence, for pain and suffering? If yes, please explain.

  c. Is there a preconceived amount of damages already set in your mind before you hear this case, above which you do not feel you could go, regardless of the evidence? If yes, please explain.

### B. PUNITIVE DAMAGES

1. You will also be instructed that punitive damages may be awarded, if liability is found, when the conduct of an individual defendant is so egregious that to exhibit reckless disregard for the rights of the plaintiffs, Nakia McCourry, Dennis Bedwell, Kenny Bedwell, and Gladys Medina, so as to require an award which is additional to compensatory damages, whose purpose is to punish that defendant to deter them from future similar misconduct.

  a. Do you believe that you would have difficulty, if the evidence supported it, with the concept of awarding punitive damages, in this particular case? If yes, please explain.

2. The court will instruct you that either side may suggest, in closing argument, a lump sum or formula for you to use in calculating damages, in the event you first find that one or more of the defendants is liable in this matter. Is there any reason you would not be able to listen to any such suggested guideline, keeping in mind that it is merely an argument of counsel and that the ultimate decision as to what constitutes fair, just and reasonable damages, is entirely within your discretion? If yes, please explain.

Respectfully Submitted,

**LAW OFFICE OF BARRY R. GLAZER, P.C.**

/s/

_____
Charles H. Edwards IV
Law Offices of Barry R. Glazer
P.O. Box 27166
1010 Light Street
Baltimore, Maryland 21230
(410) 547-8568
Bar Roll No.: 29977
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February, 2016, a copy of the foregoing Proposed Voir Dire Questions was served upon all counsel of record by use of the CM/ECF system, and that if counsel does not participate in the CM/ECF system, a copy will be sent by U.S. Mail, postage pre-paid and properly addressed.

Respectfully Submitted,

**LAW OFFICE OF BARRY R. GLAZER, P.C.**

/s/
_____

Charles H. Edwards IV
Law Offices of Barry R. Glazer
P.O. Box 27166
1010 Light Street
Baltimore, Maryland 21230
(410) 547-8568
Bar Roll No.: 29977
*Attorney for Plaintiff*